FILED'09 JAN 05 10:14USDC-ORE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

LISBET CAFFARELLI,

                     Plaintiff,

   v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                    Defendant.

Civil No. 07-1438-TC

O R D E R

     Magistrate Judge Coffin filed his Findings and Recommendation on December 8,

2008. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

No objections have been timely filed. This relieves me of my obligation to give the factual

findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir.

1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

Having reviewed the legal principles de novo, I find no error.

     THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Coffin's Findings and

Recommendation.

     Dated this __4th__ day of ~~December 2008.~~ January 2009

                                         _____
                                       Ann Aiken, United States District Judge